1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9
    DEBRA RAMIREZ,                        )          1:07-cv-01377 OWW GSA
10                                        )
                                          )          ORDER TO SHOW CAUSE
11                                        )
                                          )
12              Plaintiff,                )
                                          )
13         vs.                            )
                                          )
14   MICHAEL J. ASTRUE, Commissioner,     )
                                          )
15                                        )
              Defendant.                  )
16   _____)

17         On September 19, 2007, Plaintiff filed the present action in this Court.  Plaintiff seeks review

18   of the Commissioner's denial of her application for benefits.  On September 20, 2007, the Court

19   issued a Scheduling Order.  The Scheduling Order states that within 120 days after service,

20   Defendant shall file and serve a copy of the administrative record which shall be deemed an answer

21   to the complaint.  The Order also provides that within 30 days after service of the administrative

22   record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which

23   Defendant shall respond to within 35 days.  Thereafter, if Defendant does not stipulate to remand,

24   within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

25         On March 26, 2008, Defendant lodged the administrative record.  Pursuant to the Scheduling

26   Order, Plaintiff was required to file her opening brief in this Court on or before June 30, 2008.

27   Plaintiff has failed to file her opening brief and the parties have not stipulated to an extension of time

28                                         1

1    for such filing.

2          Therefore, Plaintiff is ordered to show cause, if any she has, why the action should not be

3    dismissed for failure to comply with the September 20, 2007, Scheduling Order.  Plaintiff is

4    ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the

5    date of this Order.   If Plaintiff desires more time to file her brief, she should so state in her response.

6          Failure to respond to this Order to Show Cause within the time specified will result in

7    dismissal of this action.

8

9

10        IT IS SO ORDERED.

11        **Dated:**   **July 21, 2008**                    /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                  2