1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA RAMIREZ, | ) 1:07-cv-01377 OWW GSA |
| | ) |
| | ) |
| | ) ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) RECOMMENDATION |
| | ) |
| v. | ) (Document 22) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

On September 19, 2007, Plaintiff, proceeding in forma pauperis, filed the present action

in this Court.  Plaintiff seeks review of the Commissioner's denial of her application for benefits.

On August 24, 2008, the Magistrate Judge issued Findings and Recommendation that

Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be

dismissed for failure to obey a court order.  This Findings and Recommendation was served on

all parties and contained notice that any objections to the Findings and Recommendation were to

be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have

passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

Findings and Recommendation is supported by the record and proper analysis.

///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendation issued August 24, 2008, is ADOPTED IN

3          FULL; and

4    2.    This action is dismissed for Plaintiff's failure to obey the court's orders entered on

5          September 20, 2007, and July 21, 2008, and her failure to prosecute this action in

6          a timely manner.

7    IT IS SO ORDERED.

8    **Dated:    October 19, 2008**              /s/ **Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2